IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JESSICA HOL | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
| INGLIS HOUSE FOUNDATION | : | NO. 18-3428 |

### O R D E R

**AND NOW,** this 22nd day of March, 2019 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                        Kate Barkman
                                        Clerk of Court

                                        /s/ Kristin R. Makely
                                By:     _____
                                        Kristin R. Makely,
                                        *Deputy Clerk*

Civ. 2 41.1(b) (3/18)